| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clifton, Richard R. | 9th Circuit | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 999 Bishop Street, Suite 2010 Honolulu, Hawaii 96813 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Judicature Society, Hawaii Chapter |
| 2. Director | Hawaii Public Radio |
| 3. Director | Hawaii Women's Legal Foundation |
| 4. Director | Ninth Judicial Circuit Historical Society |
| 5. Co-trustee | Trusts #1 - #7 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/95 | Cades Schutte Fleming & Wright Partnership Resolutions (including retirement terms, no control) |
| 2. | |
| 3. | |

Clifton, Richard R.

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-employed, dietitian consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First Hawaiian Bank savings | A | Interest | K | T | | | | | |
| 2. | First Hawaiian Bank checking | A | Interest | N | T | | | | | |
| 3. | Hawaii Central Credit Union | A | Interest | J | T | | | | | |
| 4. | Univ of Hawaii FCU | C | Interest | M | T | | | | | |
| 5. | Goodyear common | | None | J | T | | | | | |
| 6. | Hawaiian Electric Industries common | B | Dividend | K | T | | | | | |
| 7. | | | | | | | | | | |
| 8. | Brokerage acct #1 | | | | | | | | | |
| 9. | -- Echostar common | | None | J | T | | | | | |
| 10. | -- Dish Network Cl A common | | None | K | T | | | | | |
| 11. | -- IBM common | B | Dividend | L | T | | | | | |
| 12. | -- Real Networks common | | None | J | T | | | | | |
| 13. | -- Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | NATIXIS Cash Mgtmt Trust | | None | J | T | | | | | |
| 16. | Fidelity Growth & Income (IRA) | A | Dividend | K | T | | | | | |
| 17. | Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenehiner Growth Fund A (IRA) | A | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. Brokerage acct #2 | | | | | | | | | |
| 21. -- Ballard Power Systems common | | None | J | T | | | | | |
| 22. -- Ciena common | | None | J | T | | | | | |
| 23. -- Intel common | B | Dividend | K | T | | | | | |
| 24. -- Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 25. -- Hawaii state bonds | | None | | | Matured | 1/20/10 | J | B | |
| 26. | | | | | | | | | |
| 27. IRA acct #3 | | | | | | | | | |
| 28. -- Intel common | A | Dividend | K | T | | | | | |
| 29. -- Microsoft common | A | Dividend | J | T | | | | | |
| 30. -- Templeton Growth Fund class A | B | Dividend | L | T | | | | | |
| 31. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. CREF Stock Fund | | None | K | T | | | | | |
| 34. CREF Global Equities | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | | | | | |
| 36. JP Morgan Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. JP Morgan Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. Brokerage acct #6 | | | | | | | | | |
| 41. -- Berkshire Hathaway Class A | | None | N | T | | | | | |
| 42. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | . | |
| 43. | | | | | | | | | |
| 44. HR-10 and 401K accts (former law firm) | | None | P1 | T | | | | | |
| 45. -- American Funds AMCAP Fund | | | | | | | | | |
| 46. -- Oppenheimer Main Street Small Cap Fund | | | | | | | | | |
| 47. -- American Funds Investment Co of America (HR-10) | | | | | | | | | |
| 48. -- American Funds Wash Mutual Invs (HR-10) | | | | | | | | | |
| 49. -- PIMCO Total Return - A (HR-10) | | | | | | | | | |
| 50. -- Prudential Retirement Guaranteed Income Fund | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestn Mutual whole life | | None | L | T | | | | | |
| 53. Northwestn Mutual extra ordinary life | | None | M | T | | | | | |
| 54. Midland National whole life | | None | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. Trust #1 | D | Int./Div. | P1 | T | | | | | |
| 57. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |
| 58. -- Cullen High Divid Eq Fd Cl I | | | | | Sold | 08/31/10 | J | A | |
| 59. -- FMI Large Cap Fd | | | | | Sold | 08/31/10 | L | E | |
| 60. -- Hartford Mut Cap Appreciation Fd I | | | | | Sold | 08/31/10 | K | C | |
| 61. -- Ishares Tr Russell 1000 Value Index | | | | | Sold | 08/31/10 | J | B | |
| 62. -- Ishares Tr S&P 500 Index Fund | | | | | Sold | 08/31/10 | K | A | |
| 63. -- Ivy Large Cap Growth Fd Cl I | | | | | Sold | 08/31/10 | K | C | |
| 64. -- JPMorgan Intrepid America Fd | | | | | Sold | 08/31/10 | K | A | |
| 65. -- Ishares Tr Cohen & Steers Rlty Major | | | | | Sold | 08/31/10 | J | A | |
| 66. -- Ishares Tr Russell Midcap Index Fund | | | | | Sold | 08/31/10 | J | A | |
| 67. -- JPMorgan Mkt Expansion Index Fd | | | | | Sold | 08/31/10 | J | A | |
| 68. -- JPMorgan Multi-cap Mkt Neutral Fd | | | | | Sold | 08/31/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- JPMorgan Small Cap Equity Fund | | | | | Sold | 08/31/10 | J | A | |
| 70. -- JPMorgan Tr Highbridge Stat Mkt Neut Fd | | | | | Sold | 08/31/10 | K | A | |
| 71. -- Dodge & Cox Fds Intl Stk Fd | | | | | Sold | 08/31/10 | K | E | |
| 72. -- Ishares MSCI All Cntry Asia Ex Jap Fd | | | | | Sold | 08/31/10 | K | D | |
| 73. -- JPMorgan Asia Equity Fd | | | | | Sold | 08/31/10 | K | A | |
| 74. -- JPMorgan Intrepid Intl Fd Select | | | | | Sold | 08/31/10 | K | A | |
| 75. -- JPMorgan International Equity Index | | | | | Sold | 08/31/10 | K | B | |
| 76. -- T Rowe Price Intl Fds New Asia Fd | | | | | Sold | 08/31/10 | J | C | |
| 77. --Ishares Tr Barclays Tips Bd Fd | | | | | Sold | 08/31/10 | K | C | |
| 78. -- Goldman Sachs Tr High Yld Fd Instl | | | | | Sold | 08/31/10 | K | C | |
| 79. -- JPMorgan Strat Incm Oppys Fd Sel | | | | | Sold | 08/31/10 | K | B | |
| 80. -- JPMorgan High Yield Bond Fund Select | | | | | Sold | 08/31/10 | K | A | |
| 81. -- JPMorgan Short Duration Bond Fd | | | | | Sold | 08/31/10 | M | D | |
| 82. -- Vanguard Fx Inc Sec Tm Invt Grd | | | | | Sold | 08/31/10 | K | C | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Trust #2 | D | Int./Div. | N | T | | | | | |
| 87. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |
| 88. -- Dodge & Cox Fds Intl Stk Fd | | | | | Sold | 08/31/10 | J | A | |
| 89. -- Eaton Vance Invt Tr Lg Cap Val Fd I | | | | | Sold | 08/31/10 | K | B | |
| 90. -- FMI Large Cap Fd | | | | | Sold | 08/31/10 | L | D | |
| 91. -- Hartford Mut Cap Appreciation Fd I | | | | | Sold | 08/31/10 | K | D | |
| 92. -- Ishares MSCI All Cntry Asia Ex Jp Fd | | | | | Sold | 08/31/10 | K | D | |
| 93. -- Ishares Russell Midcap Index Fd | | | | | Sold | 08/31/10 | K | D | |
| 94. -- Ishares Tr S&P 500 Index Fd | | | | | Sold | 08/31/10 | K | A | |
| 95. -- Ivy Large Cap Growth Fd Cl I | | | | | Sold | 08/31/10 | K | C | |
| 96. -- JPMorgan Asia Equity Fd | | | | | Sold | 08/31/10 | K | D | |
| 97. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Sold | 08/31/10 | K | A | |
| 98. -- JPMorgan Intrnl Equity Index | | | | | Sold | 07/14/10 | K | B | |
| 99. -- JPMorgan Intrepid America Fd | | | | | Sold | 08/31/10 | J | A | |
| 100. -- JPMorgan Intrepid Intl Fd Select | | | | | Sold | 07/14/10 | J | A | |
| 101. -- JPMorgan US Large Cap Core Plus Sel | | | | | Sold | 08/31/10 | J | A | |
| 102. -- JPMorgan US Real Estate Fund | | | | | Sold | 08/31/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -- T Rowe Price Int Fds New Asia Fd | | | | | Sold | 08/31/10 | J | B | |
| 104. -- Ishares Tr Barclay Tips Bd Fd | | | | | Sold | 08/31/10 | K | D | |
| 105. -- Goldman Sachs Tr High Yield Fd Instl | | | | | Sold | 08/31/10 | K | C | |
| 106. -- JPMorgan High Yield Bond Fund | | | | | Sold | 08/31/10 | K | A | |
| 107. -- Ishares Tr US Treas Intl Prot Fd | | | | | Sold | 08/31/10 | J | A | |
| 108. -- JPMorgan Short Duration Bond Fd | | | | | Sold | 08/31/10 | M | D | |
| 109. -- JPMorgan I Strat Incm Oppys Fd Sel | | | | | Sold | 08/31/10 | K | A | |
| 110. -- Vanguard Fx Inc Sec Int Rm Invt Grd | | | | | Sold | 08/31/10 | K | C | |
| 111. | | | | | | | | | |
| 112. Trust #3▓▓▓ ▓▓▓ IRA) | D | Int./Div. | N | T | | | | | |
| 113. -- JPMorgan Deposit Sweep Inst | | | | | | | | | |
| 114. -- Aston Fds Tamro Small Cap Fd Cl 1 | | | | | Sold | 08/31/10 | J | A | |
| 115. -- FMI Large Cap Fd | | | | | Sold | 08/31/10 | L | E | |
| 116. -- Ishares Russell Midcap Growth Index Fd | | | | | Sold | 08/31/10 | J | A | |
| 117. -- Ishares Russell Midcap Index Fd | | | | | Sold | 08/31/10 | K | D | |
| 118. -- Ishares Russell 1000 Growth Index | | | | | Sold | 08/31/10 | J | B | |
| 119. -- Ishares Russell 1000 Value Index | | | | | Sold | 08/31/10 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -- JPMorgan Asia Equity Fd | | | | | Sold | 08/31/10 | K | A | |
| 121. -- JPMorgan Diversitied Mid Cap Growth Fd | | | | | Sold | 08/31/10 | J | A | |
| 122. -- JPMorgan Growth Advantage Fd Select | | | | | Sold | 08/31/10 | K | A | |
| 123. -- JPMorgan Highbridge State Mkt Neut Fd | | | | | Sold | 08/31/10 | J | A | |
| 124. -- JPMorgan International Value Fd | | | | | Sold | 08/31/10 | J | A | |
| 125. -- JPMorgan Intrepid America Fund | | | | | Sold | 08/31/10 | K | A | |
| 126. -- JPMorgan Intrepid Intl Fd Select | | | | | Sold | 08/31/10 | K | A | |
| 127. -- JPMorgan US Large Cap Core Plus Select | | | | | Sold | 08/31/10 | J | A | |
| 128. -- JPMorgan US Real Estate Fund | | | | | Sold | 08/31/10 | J | A | |
| 129. -- JPMorgan High Yield Bond Fund Select Class | | | | | Sold | 08/31/10 | K | A | |
| 130. -- JPMorgan Short Duration Bond Fund Select Class | | | | | Sold | 08/31/10 | L | B | |
| 131. -- JPMorgan Strat Incm Oppys Fd Sel | | | | | Sold | 08/31/10 | J | B | |
| 132. -- Manning & Napier New World Oppys A | | | | | Sold | 08/31/10 | K | D | |
| 133. -- SPDR Tr Unit Ser 1 | | | | | Sold | 08/31/10 | K | C | |
| 134. -- Goldman Sachs Tr High Yld IFd Instl | | | | | Sold | 08/31/10 | K | B | |
| 135. -- Ishares Barclays Tips Bd Fd | | | | | Sold | 08/31/10 | K | A | |
| 136. -- Vanguard Fx Inc Sec Int Tm Invt Grd | | | | | Sold | 08/31/10 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Clifton, Richard R. | | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Trust #4 (    IRA rollover) | A | Int./Div. | M | T | | | | | |
| 139. -- Cash | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. Trust #5 | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. Trust #6 | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. Trust #7 | | | | | | | | | |
| 146. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions & VII. Investments and Trusts

           passed away in 2010.      had passed away in 2006. As previously reported, I have been and remain a co-trustee (without compensation), together       and a bank (JPMorgan Chase, which is compensated and which actually manages the accounts), of trust accounts, identified as Trusts #1-3. Payments out were made for trust expenses and as directed by the current beneficiary,      while   was still living, and for payment of   obligations and final expenses.      passing triggered liquidation of assets held in those accounts, converting the assets to cash, and also distribution of some of the assets to heirs, beneficiaries, and legatees. It also made me responsible, as co-trustee, for additional accounts, identified in this report as Trusts #4-7. One of those accounts, identified as Trust #4, already existed and held assets when I assumed responsibility. Three of the accounts, identified as Trusts #5-7, were created in late 2010 but were not actually funded until 2011. I have listed them here in both Part I and Part VII, but they had no assets as of December 31, 2010 to report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard R. Clifton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544